**CSC–ITALIA ASSOCIAZIONE CAFFE' SPECIALI CERTIFICATI, Appellant,**

v.

**SPECIALITY COFFEE ASSOCIATION OF AMERICA, Appellee.**

No. 05–1369.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2006.

Before GAJARSA, DYK and PROST, Circuit Judges.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.